

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-25-00392-CV

———————————————————

IN RE BRANDON LEE MANUEL, Relator

---

Original Proceeding
355th District Court of Hood County, Texas
Trial Court No. CR11643

---

Before Wallach, Birdwell, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that the petition should be dismissed as moot. On August 12, 2025, the trial court granted relator's petitions seeking rescission in trial court cause numbers CR11643 and CR11557, both styled *The State of Texas v. Brandon Lee Manuel.* Accordingly, relator's petition for writ of mandamus is dismissed as moot.

Per Curiam

Delivered: August 20, 2025